## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | |
| 7502 HARRISBURG LLC | § | CASE NO. 24-31002 |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Bankruptcy Rules P. 2002 and/or Title II of the United States Bankruptcy Code, please take notice the undersigned firm of attorneys appears for the following party in the above Bankruptcy case:

Texas Funding Corporation

This party is a creditor of 7502 Harrisburg LLC and a party-in-interest in this case. The undersigned on behalf of Texas Funding Corporation hereby requests that all notices including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, formal or informal, written or oral, given or required to be given in this case, and all papers formal or informal, transmitted or conveyed by electronic means, mail, delivery, telephone, facsimile or otherwise, served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Dated: March 5, 2024

**J D HERBERGER & ASSOCIATES, PC**

By: /s/ *Sean M. Rooney*
      Sean M. Rooney
      State Bar No.: 24058714
      sean@herbergerlaw.com
      Jacob D. Herberger
      State Bar No.: 24097826
      jacob@herbergerlaw.com
      11767 Katy Freeway, Suite 920
      Houston, Texas 77079
      Telephone: (281) 920-4700
      Facsimile: (281) 920-4711

**ATTORNEYS FOR CREDITOR**
**TEXAS FUNDING CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on 5th day of March, 2024.

/s/ *Sean M. Rooney*
Sean M. Rooney