United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 7502 HARRISBURG LLC | § | CASE NO. 24-31002 |
| | § | |
| DEBTOR | § | |

## SHOW CAUSE ORDER FOR ALBERT ORTIZ AND SANDRA CEPEDA

CAME ON FOR CONSIDERATION, the Motion to Show Cause and for Sanctions as to Albert Ortiz and Sandra Cepeda, Individually, filed by Texas Funding Corporation. It is:

**ORDERED that Albert Ortiz and Sandra Cepeda shall personally appear before this Court on May 23, 2024 at 2:00 p.m. in order to show cause why they should not beheld in contempt and why sanctions shall not be issued against them. Failure to appear as ordered shall be considered contempt and this Court will issue a bench warrant directing the United States Marshall Service to take them into custody; and it is further**

**ORDERED that counsel to the Debtor must appear at the hearing in person too.**

Signed: May 16, 2024

_____
Christopher Lopez
United States Bankruptcy Judge